## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| VALJEAN ANDERSON | : |
| | : Case No. |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : |
| | : |
| Defendant. | : |

## VERIFIED COMPLAINT

VALJEAN ANDERSON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692, *et seq.*

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant does business in the state of Iowa, therefore personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Marshalltown, Marshall County, Iowa.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection law firm with a business office in Norfolk, Virginia.

9. Defendant is a collection law firm that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect an alleged debt from Plaintiff on a telephone account from Southwest Bell from around the year of 2002.

11. In or around October of 2010, Defendant began placing collection calls to Plaintiff's home from numbers that included but not limited to, 731-984-7690 and 757-961-3544.

12. Plaintiff informed Defendant on more than one occasion that he will not pay the

debt, and to stop calling as he believes he does not owe the debt.

13. Despite this, Defendant continues to communicate with Plaintiff in an attempt to collect the alleged debt.

14. On or about November 10, 2010, Defendant informed Plaintiff that he needed to pay this debt and that it was on his credit report.

15. Upon information and belief, Defendant has not placed information regarding this debt on Plaintiff's credit report.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with intent to annoy, abuse or harass Plaintiff at the number called.

    c. Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representation or means in connection with the collection of the alleged debt.

    d. Defendant violated §1692e(10) of the FDCPA by using false representation or deceptive means to collect or attempt to collect any debt

or to obtain information concerning Plaintiff.

Wherefore, Plaintiff, VALJEAN ANDERSON, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

19. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff, VALJEAN ANDERSON, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

Dated:  February 17, 2011         By: /s/ J.D. Haas
                                             J.D. Haas, Esq.
                                             The Law Office of J.D. Haas
                                             8151 33rd Ave. S., Suite 208
                                             Bloomington, MN 55425
                                             Phone:  (952) 854-5044
                                             Fax:  (952) 854-1665
                                             jdhaas@jdhaas.com
                                             Attorney for Plaintiff

                                             Of Counsel
                                             Krohn & Moss, Ltd.
                                             10474 Santa Monica Blvd., Suite 401
                                             Los Angeles, CA 90025

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF IOWA )

    Plaintiff, VALJEAN ANDERSON, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, VALJEAN ANDERSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_Jan. 19th, 2011_  
Date

_Valjean R. Anderson_  
VALJEAN ANDERSON