## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| VALJEAN ANDERSON : | |
| : | Case No. 4:11-cv-00072-JAJ-TJS |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PORTFOLIO RECOVERY : | |
| ASSOCIATES, LLC : | |
| : | |
| Defendant. : | |
| _____/ | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, VALJEAN ANDERSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                        RESPECTFULLY SUBMITTED,

Dated:  March 9, 2011        By: /s/ J.D. Haas
                                     J.D. Haas, Esq.
                                     The Law Office of J.D. Haas
                                     8151 33rd Ave. S., Suite 208
                                     Bloomington, MN 55425
                                     Phone:  (952) 854-5044
                                     Fax:  (952) 854-1665
                                     jdhaas@jdhaas.com
                                     Attorney for Plaintiff

                                     Of Counsel
                                     Krohn & Moss, Ltd.
                                     10474 Santa Monica Blvd., Suite 401
                                     Los Angeles, CA 90025

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served via

ELECTRONIC MAIL upon the following:

Keith S. McGurgan
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, Virginia 23502
Attorney for Defendant


Dated: March 9, 2011         By: /s/ J.D. Haas
                                       J.D. Haas, Esq.