# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| VALJEAN ANDERSON | : |
| | : Case No. 4:11-cv-00072-JAJ-TJS |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : |
| | : |
| Defendant. | : |
| _____/ | : |

## NOTICE OF VOLUNTARY DISMISSAL

VALJEAN ANDERSON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC  (Defendant), in this case.

///

///

///

///

///

RESPECTFULLY SUBMITTED,

Dated:  May 11, 2011            By: /s/ J.D. Haas
                                            J.D. Haas, Esq.
                                            The Law Office of J.D. Haas
                                            8151 33rd Ave. S., Suite 208
                                            Bloomington, MN 55425
                                            Phone:  (952) 854-5044
                                            Fax:  (952) 854-1665
                                            jdhaas@jdhaas.com
                                            Attorney for Plaintiff

                                            Of Counsel
                                            Krohn & Moss, Ltd.
                                            10474 Santa Monica Blvd., Suite 401
                                            Los Angeles, CA 90025

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via

ELECTRONIC MAIL upon the following:

Keith S. McGurgan
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, Virginia 23502
Attorney for Defendant


Dated: May 11, 2011            By: /s/ J.D. Haas
                                            J.D. Haas, Esq.